UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:20-mj-473 |
| ANTONIO WOODEN, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(2) Unlawful Possession of a Firearm by a Fugitive from Justice | 0-10 | $250,000 | NMT 3 years |
| 2 | 18 U.S.C. § 922(g)(3) Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance | 0-10 | $250,000 | NMT 3 years |

Dated: _____    _____
ANTONIO WOODEN
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana