UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:20-mj-0473 |
| | ) | |
| ANTONIO WOODEN, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JUNE 11, 2020**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for a detention hearing.   Defendant appeared in person and by FCD counsel Sam Ansell.   Government represented by AUSA Barry Glickman.   USPO represented by Justin Meier.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video conference from the Marion County Jail.

Detention hearing held.

Exhibit A (PS3) admitted without objection.

Evidence proffered.   Argument presented.   Court grants the government's motion for pretrial detention and orders the defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated:   11 JUN 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system